# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2025 KW 0367

VERSUS

RANDY ANTHONY BROWN

**JULY 2, 2025**

---

In Re:    Randy Anthony Brown, applying for supervisory writs, 16th Judicial District Court, Parish of St. Mary, No. 2020-206243.

---

BEFORE:    **PENZATO, WOLFE, AND FIELDS, JJ.**

**WRIT DENIED.** The St. Mary Parish Office of the Clerk of Court record shows the district court acted on relator's motion for production of documents, filed January 27, 2025, and provided him with documents from the record that he is entitled to of right. The court may decline to order production of documents it normally provides even in the absence of a showing of particularized need in cases in which the time limitation period for the filing of an application for postconviction relief has expired. See **State ex rel. Fleury v. State**, 93-2898 (La. 10/13/95), 661 So.2d 488.

AHP
EW

Fields, J., concurs in part and dissents in part. I would order the district court to provide relator with a copy of the **Boykin** transcript, if it has not already done so. See **State ex rel. Simmons v. State**, 93-0275 (La. 12/16/94), 647 So.2d 1094, 1095 (*per curiam*).

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT